# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

James Courtney )
_____ )  Case Number: 3:14-cv-01333-SMY-PMF
_____ )  (Clerk's Office will provide)
_____ )
*Plaintiff/Petitioner(s)* )  ☐ CIVIL RIGHTS COMPLAINT
v. )  pursuant to 42 U.S.C. §1983 (State Prisoner)
SGt. Todd Hempton, Kim )  ☐ CIVIL RIGHTS COMPLAINT
Cooter, Centralia Police )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Dept. SGt Hempton & Kim )  ☒ CIVIL COMPLAINT
are being sued in their )  pursuant to the Federal Tort Claims Act,
*Defendant/Respondent(s)* )  28 U.S.C. §§1346, 2671-2680, or other law
official and individual
capacitys.

I. **JURISDICTION**

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. James Courtney - 1306 Wescott Mt Vernon, IL 62864

**Defendant #1:**

B. Defendant Kim Cooter is employed as
   (a) (Name of First Defendant)

   in charge of sex offender registration/police records
   (b) (Position/Title)

   with Centralia Police Dept. 222 S. Poplar St.
   (c) (Employer's Name and Address)

   Centralia, IL 62801

   At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

   If your answer is YES, briefly explain: Kim is working for the Centralia Police Dept in charge of sex registration.

**Defendant #2:**

C.   Defendant **SGt. Todd Hempton** is employed as
(Name of Second Defendant)

**Police officer/SGt.**
(Position/Title)

with **Centralia Police Dept**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: **SGt. Todd Hempton is employed as a Police officer at the Centralia Police Dept Centralia IL.**

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).
**Centralia Police Dept. Kim and SGt. Todd Hempton are employed by the Centralia Police Dept.**

(Rev. 7/2010)                                    2

II.   PREVIOUS LAWSUITS

  A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment? **I am not incarcerated** ☐ Yes ☑ No

  B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

  1.   Parties to previous lawsuits:
       Plaintiff(s): **James Courtney**

       Defendant(s): **Sheriff Jerry A. Devore - Marion County Jail**

  2.   Court (if federal court, name of the district; if state court, name of the county): **United States District Court Southern District of Illinois - 7th Circuit Court of Appeals**

  3.   Docket number: **13-302-JPG    7th Circuit No. 13-1984**

  4.   Name of Judge to whom case was assigned:

  5.   Type of case (for example: Was it a habeas corpus or civil rights action?): **Civil rights action**

  6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **Dismissed with prejudice for failure to state a claim upon which relief may be granted. Yes it was appealed. Yes - still pending**

  7.   Approximate date of filing lawsuit: **3-25-13**

  8.   Approximate date of disposition: **4-17-13**

III. GRIEVANCE PROCEDURE *I am Not incarcerated*

    A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☐ No

    C. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    D. If your answer is NO, explain why not.

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.   **STATEMENT OF CLAIM**   *I am not incarcerated*

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12-01-14
(date)

_James Courtney_
(Signature of Plaintiff)

1306 Wescott
Street Address

James Courtney
Printed Name

Mt. Vernon, IL. 62864
City, State, Zip

_____
Prisoner Register Number

_____
Signature of Attorney (if any)