IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES COURTNEY,

    Plaintiff,

vs.

SEARGEANT TODD HEMPTON,
KIM COOTER, CENTRALIA POLICE
DEPARTMENT,
    Defendants.

Case No. 14-cv-1333-SMY-PMF

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion to Substitute Defendant (Doc. 23). Defendants seek to substitute the City of Centralia for Defendants Hempen, Kuder, and the Centralia Police Department. The parties have reached an agreement to settle the case and agree that the individual defendants should be dismissed from this litigation and that the City of Centralia should be substituted as a necessary party pursuant to the Seventh Circuit's holding in *Carver v. Sheriff of LaSalle County*, 324 F.3d 947-48 (7th Cir. 2003. The Court, being so advised, **GRANTS** the Motion. Defendants Todd Hempen, Kim Kuder, and Centralia Police Department are dismissed from this action and the City of Centralia is substituted as the party defendant. The Clerk of Court is **DIRECTED** to amend the record accordingly.

    **IT IS SO ORDERED**.

    **DATED:  March 21, 2016**

                                          **/s/ Staci M. Yandle**
                                          **STACI M. YANDLE**
                                          **DISTRICT JUDGE**